Darolyn Y. Hamada  (SBN: 192334)
dhamada@shb.com
Natasha L. Mosley  (SBN No. 246352)
nmosley@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California  92614-2546
Telephone:   949.475.1500
Facsimile:   949.475.0016

Michael J. Carroll (admitted *pro hac vice*)
mcarroll@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri  64108

Attorneys for Defendants
Boston Scientific Corporation
and Guidant LLC
(formerly doing business as Guidant Corporation)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ERICKSON,<br><br>              Plaintiff,<br><br>      vs.<br><br>BOSTON SCIENTIFIC<br>CORPORATION; GUIDANT<br>CORPORATION;<br><br>AND DOES 1 through 100, inclusive. ,<br><br>              Defendant. | Case No. SACV10-698 AG (ANx)<br><br>Judge:   Hon. Andrew J. Guilford<br>Dept.:    10D<br><br>**JUDGMENT**<br><br>Complaint filed: April 28, 2010<br><br>Date:       December 12, 2011<br>Time:      10:00 a.m.<br>Dept.:      10D |

This matter came on for hearing before the Court on December 12, 2011, the

Honorable Andrew J. Guilford, District Judge presiding, on a Motion for Summary

Judgment filed by defendants Boston Scientific Corporation and Guidant LLC

(formerly doing business as Guidant Corporation), (collectively "Defendants").  The

evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered granting in part the Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED that

1.     Plaintiff's claims related to his VIGOR DR, Model 1232, serial number 203771 ("VIGOR 1232") and INSIGNIA Plus DR, Model 1298, serial number 101152 ("INSIGNIA 1298") pacemakers are time-barred under California's two-year statute of limitations.  Code of Civ. Proc. § 335.1.

2.     Under California law, the "discovery rule" rule delays accrual of a cause of action, but only until a plaintiff "suspects someone has done something wrong" to him.  *Jolly v. Eli Lilly & Co.*, 44 Cal. 3d 1103, 1110-12, 245 Cal. Rptr. 658, 751 P.2d 923 (1988).

3.     Plaintiff's unequivocal testimony, coupled with statements in his Complaint, make it clear that he suspected or should have suspected no later than February 17, 2005, that something was allegedly wrong with his VIGOR 1232 and INSIGNIA 1298 pacemakers at issue.  Thus, Plaintiff's claims related to these two pacemakers at issue accrued no later than February 17, 2005.

4.     Plaintiff's Complaint was filed on April 28, 2010, more than five years after his claims related to the VIGOR 1232 and INSIGNIA 1298 pacemakers accrued, and such claims are time-barred by the applicable two-year statute of limitations.

5.     All claims related to the VIGOR 1232 and INSIGNIA 1298 pacemakers be dismissed on the merits as to Defendants.

Dated: _January 11, 2012          _____

                                   Andrew J. Guilford

                                   United States District Court Judge

JUDGMENT

103362 V1