Darolyn Y. Hamada  (SBN: 192334)
dhamada@shb.com
Natasha L. Mosley  (SBN No. 246352)
nmosley@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California  92614-2546
Telephone:  949.475.1500
Facsimile:   949.475.0016

Michael J. Carroll (admitted *pro hac vice*)
mcarroll@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri  64108

Attorneys for Defendants
Boston Scientific Corporation
and Guidant LLC
(formerly doing business as Guidant Corporation)

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ERICKSON,<br><br>             Plaintiff,<br><br>     vs.<br><br>BOSTON SCIENTIFIC CORPORATION; GUIDANT LLC;<br><br>AND DOES 1 through 100, inclusive. ,<br><br>             Defendant. | Case No. SACV10-698 AG (ANx)<br><br>Judge:  Hon. Andrew J. Guilford<br>Dept.:   10D<br><br>**SUPERCEDING JUDGMENT**<br><br>Complaint filed: April 28, 2010<br><br>Date:  December 12, 2011<br>Time:  10:00 a.m.<br>Dept.:  10D |

This matter came on for hearing before the Court on December 12, 2011, the Honorable Andrew J. Guilford, District Judge presiding, on Motions for Judgment on the Pleadings and Partial Summary Judgment filed by Defendants Boston Scientific

[PROPOSED] JUDGMENT

103362 V1

Corporation and Guidant LLC (formerly doing business as Guidant Corporation), (collectively "Defendants").  Defendants prevailed on these motions, and therefore:

    IT IS ORDERED AND ADJUDGED that

    Judgment is entered in favor of Defendants and against Plaintiff Robert Erickson.

Dated: January 13, 2012      _____

                                Andrew J. Guilford
                                United States District Court Judge